IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA FOUGHT,

    Plaintiff,

v.

CITY OF WILKES-BARRE,
PENNSYLVANIA, et al.,

    Defendants.

3:17-CV-1825
(JUDGE MARIANI)

FILED
SCRANTON
NOV 1 4 2017

PER _____
    DEPUTY CLERK

## ORDER

AND NOW, THIS 14th DAY OF NOVEMBER, 201y, upon consideration of Plaintiff's Motion to Stay Proceedings, (Doc. 19), and Defendants' concurrence therewith, **IT IS HEREBY ORDERED THAT** the Motion, (Doc. 19), is **GRANTED** as follows:

1. The above-captioned matter is **STAYED** pending the resolution of the criminal charges filed against Plaintiff in state court.

2. Upon the conclusion of the criminal action, the parties shall submit a joint letter advising the Court as to the status of this matter.

3. The Case Management Conference, currently scheduled for November 17, 2017, is **CANCELED.**

_____
Robert D. Mariani
United States District Judge